Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
PHILLIPS & JORDAN, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X    21 MC 100 (AKH)

JOSE CLAUDIO (AND WIFE, MIRIAN                   Index No.:  06-CV-14558
CLAUDIO),

                                                 **NOTICE OF ADOPTION OF ANSWER**
                          Plaintiff(s),          **TO MASTER COMPLAINT**

         -against-                               **ELECTRONICALLY FILED**

A RUSSO WRECKING, *et al.*,

                          Defendant(s).
-------------------------------------------------------X

    PLEASE TAKE NOTICE that Defendant, PHILLIPS & JORDAN, INC., by its attorneys,

McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the

Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the

above-referenced action, hereby adopts its Answer to Master Complaint dated November 5,

2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site*

*Litigation*, 21 MC 100 (AKH).

    WHEREFORE, the defendant, PHILLIPS & JORDAN, INC., demands judgment

dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court

deems just and proper.

Dated: New York, New York
       November 8, 2007

Yours etc.,

McGIVNEY & KLUGER, P.C.
Attorneys for Defendant
PHILLIPS & JORDAN, INC.

By: _____
    Richard E. Leff (RL-2123)
    80 Broad Street, 23rd Floor
    New York, New York 10004
    (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
       Plaintiffs Liaison
       In Re Lower Manhattan Disaster Site
       Litigation
       115 Broadway, 12th Floor
       New York, New York 10006
       (212) 267-3700

       All Defense Counsel